UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YUK RUNG TSANG,

    Plaintiff,

vs.                                                    Case No. 00-CR-80541
                                                    HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

    Defendant.

_____/

ORDER DENYING DEFENDANT'S REQUEST TO
FILE A RESPONSE (#334)

Defendant Yuk Rung Tsang asks to file a response to the Government's motion for entry of a protective order restraining defendant Yuk Rung Tsang, William Anthony Digilio, or any of their associates, friends or family members from having any contact with the jurors, including the family members of jurors, that were involved in United States v. Yuk Rung Tsang, 00-80541 (Steeh, J.) without prior written approval of this court. The court granted the Government's motion, and entered the protective order, on July 5, 2007. Accordingly, defendant's request to file a response is hereby DENIED as MOOT.

    SO ORDERED.

Dated: July 12, 2007

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 12, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk