UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                     Case No. 00-CR-80541
                                                    HON. GEORGE CARAM STEEH

YUK RUNG TSANG,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPLEMENT
## THE RECORD WITH POST-VERDICT AFFIDAVITS OF JURORS (#336)

Defendant Yuk Rung Tsang asks for permission to use mediation, arbitration, or interrogatories to secure affidavits from one or more of the jurors that convicted him on March 12, 2002 of conspiracy to distribute more than 100 grams of heroin. On July 5, 2007, this court issued a protective order forbidding Tsang, William Digilio, or any of their associates, friends, or family members from having any contact with the jurors or their family members without prior written approval of the court. As explained to Tsang in previous opinions and orders issued by this court and the Sixth Circuit Court of Appeals, courts do not inquire into juror's deliberations or the reasons for the verdicts they reach. See December 25, 2005 Order Denying Motion to Alter or Amend Judgment, and citations therein. Accordingly,

    Defendant Tsang's motion is hereby DENIED.

    SO ORDERED.

Dated: August 29, 2007

                                                    s/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 29, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk